NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID J. WHITE, )
)
      Appellant, )
)
v. )    Case No. 2D18-1281
)
VONDA K. WHITE, )
)
      Appellee. )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Pinellas
County; Amy M. Williams, Judge.

Michael J. Park of Park, Ossian, Barnaky &
Park, P.A., Clearwater, for Appellant.

Kim L. Kaszuba of KLK Family Law,
Clearwater, for Appellee.


PER CURIAM.


      Affirmed.



LaROSE, C.J., and KELLY and ATKINSON, JJ., Concur.